AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Middle District of Alabama

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| Shawn Patrick Douglas | ) | Case No.  1:12-cr-176-RAH-CSC |
| | ) | USM No.  14177-002 |
| | ) | Samuel Jacob Brooke |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1-7   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Shall not commit another federal, state or local crime | 06/16/2023 |
| 2 | Shall not commit another federal, state or local crime | 06/16/2023 |
| 3 | Shall not commit another federal, state or local crime | 06/16/2023 |
| 4 | Shall not commit another federal, state or local crime | 06/16/2023 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  4790

Defendant's Year of Birth:  1984

City and State of Defendant's Residence:
No fixed address

12/11/2025
Date of Imposition of Judgment

*/s/ R. Austin Huffaker, Jr.*
Signature of Judge

R. Austin Huffaker, Jr., United States District Judge
Name and Title of Judge

12/12/2025
Date

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page  2  of  3

DEFENDANT:  Shawn Patrick Douglas
CASE NUMBER:  1:12-cr-176-RAH-CSC

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Shall participate in a program approved by the United States Probation Office for the treatment and monitoring of sex offenders | 06/16/2023 |
| 6 | Shall not possess any form of pornography, sexually stimulating or sexually stimulating or sexually oriented material depicting children under the age of 18 | 06/16/2023 |
| 7 | Shall not possess or use a computer or any device that can access the internet | 06/16/2023 |

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

DEFENDANT: Shawn Patrick Douglas
CASE NUMBER: 1:12-cr-176-RAH-CSC

Judgment — Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

24 months. This term of imprisonment shall run consecutively with any term of imprisonment imposed in the related case in the United States District Court, Middle District of Alabama, 1:25cr113-RAH. No supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

That Defendant be designated to a facility where mental health treatment and sex offender treatment are available.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL